Grant D. Waterkotte, Esq., SBN 215007
Michael F. Colbert, Esq., SBN 319539
**WATERKOTTE MULLIS MORENO & GARLES, PC**
6080 Center Drive, Suite 600
Los Angeles, CA 90045
Tel: (213) 789-5620
Fax: (213) 536-4419
Email: Grant@wmmglaw.com
MColbert@wmmglaw.com

JS-6

Attorneys for Defendants
**SAM'S WEST, INC., an Arkansas Corporation (Erroneously sued as SAM'S WEST, INC.) and WALMART INC.**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA JIMENEZ,<br><br>Plaintiff,<br><br>v.<br><br>SAM'S WEST, INC.; WALMART INC.; TIM GREENER; and DOES 1 to 50, Inclusive,<br><br>Defendants. | CASE NO.: 5:26-cv-06156-FMO-ACCV<br><br>**~~[PROPOSED]~~ ORDER RE JOINT STIPULATION TO REMAND CASE TO STATE COURT**<br><br>Dept.: 6D<br>Judge: Hon. Fernando M. Olguin |

TO THE PARTIES:

Based upon the Stipulation of the Parties, this matter is remanded back to San Bernardino County Superior Court, Case No. CIVSB2615953.

**IT IS SO ORDERED.**

**Dated:** November 13, 2026

/s/
Hon. Fernando M. Olguin
United States District Judge